**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION MICHIGAN**

SHUYING WANG,

Plaintiff,
v.

Case No: 2:26-13468-cv

Honorable: Judith Levy

Regents of the
UNIVERSITY OF MICHIGAN,
ANNA SCHWENDEMAN, and
STEVEN SCHWENDEMAN,

Defendants.

---

Nicholas Roumel (P37056)
**ROUMEL LAW**
4101 Thornoaks Dr.
Ann Arbor MI 48104
734-645-7507
*nick@roumel-law.com*

---

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff voluntarily dismisses her claim in this court (which was erroneously filed as it was intended for filing in state court), without prejudice and without costs pursuant to FRCP 41 (a) (1) (A), as the case has not been served, nor has any defendant appeared or otherwise filed any answer or motion.

Respectfully submitted,

**ROUMEL LAW**

/s/ Nicholas Roumel

September 14, 2026

Nicholas Roumel, Attorney